IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

UNITED STATES OF AMERICA,     )
      )
v.         )    No. 3:10-CR-44
      )
FELIX BOOKER,      )

## <u>ORDER</u>

This criminal matter is before the court on the "Motion to Dismiss Indictment"

filed by the United States [doc. 81]. The motion is **GRANTED**. The indictment against the

defendant Felix Booker is **DISMISSED WITH PREJUDICE**.


**IT IS SO ORDERED**.



ENTER:


_____s/ Leon Jordan_____
United States District Judge